**2002–1599.   N. Coast Community Homes, Inc. v. Zaino.**
Board of Tax Appeals, No. 2001–J–1065. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 10, 2003.

**2002–1841.   State ex rel. Kroger Co. v. Robinette.**
Franklin App. No. 01AP–1319, 2002-Ohio-4777. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 3, 2003.

[Cite as *01/29/2003 Case Announcements,* 2003-Ohio-259.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 29, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2002–2019.   State ex rel. Buoscio v. Seventh Judicial Dist. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2037.   State ex rel. Willis v. Marcum.**
In Mandamus. On motion to dismiss of Judge H.J. Bressler and Karl Harris, and answer of respondents Judge Rosmarin, Samuel Borst, Gary Thompson, and Sherry Marcum. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2088.   State ex rel. Brown v. Corrigan.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2089.   State ex rel. Brown v. McAllister.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2111.   State ex rel. Stupelli v. Wilkinson.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.